Case: 1:21−mj−00321
Assigned To : Meriweather, Robin M.
Assign. Date : 3/17/2021
Description: Complaint w/ Arrest Warrant

STATEMENT OF FACTS

On January 6, 2021, your affiant, Peter W. Wall, was on duty and performing my official duties as a Special Agent with the Federal Bureau of Investigation ("FBI"). Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

Unless otherwise stated, the information in this Affidavit is either personally known to me, has been provided to me by other individuals, or is based on a review of various documents, records, and reports. Because this Affidavit is submitted for the limited purpose of establishing probable cause to support an application for an arrest warrant, it does not contain every fact known by me or the United States. The dates listed in this Affidavit should be read as "on or about" dates.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice

President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there. **JEREMY J. VOROUS** (hereinafter "**VOROUS**") of Venango, Pennsylvania, traveled to the District of Columbia to participate in a rally and protest at the U.S. Capitol.

**VOROUS** gained entry inside the U.S. Capitol on January 6, 2021.  The FBI received two tips which included screenshots of **VOROUS'** Facebook page where **VOROUS** wrote "Yeah we in dis mofo," and "Bout to rush in again diff door."  **VOROUS'** Facebook page also included photos taken of the riot, including inside the Capitol.  The screenshots contained two photos which appeared to depict **VOROUS** inside the U.S. Capitol.  **VOROUS** was also interviewed by the Erie Times-News after photos on social media appeared to show him inside the U.S. Capitol.[1]  The article reported that "Jeremy Vorous, of Meadville, was in that crowd."  The article further reported that "Photos on social media appeared to show him inside the U.S. Capitol."  When contacted by the outlet, the article reported that "Vorous said Thursday by phone that he wasn't sure if he had anything to say."  According to the article, **VOROUS** also said "I'm also under investigation by the FBI," he said, joking that he might leave the country. "Peru is nice."

**VOROUS** posted to Facebook, which your affiant acquired from an anonymous online tip to the FBI, a photo showing himself in the Capitol Crypt in front of the bust of Abraham Lincoln saying "does that look staged to you I promise the beanbags were real the mase is still burning on me aft a shower and 6hrs, the gas was real the flash grenades were also real the dead girl was 10ft from me".  *See* Figure One, below. In the photo, **VOROUS** is depicted wearing a dark long-sleeved shirt with "NOT TODAY LIBERAL" in white letters on the front and holding a red, white, and blue cowboy-style hat.



[1] https://www.goerie.com/story/news/politics/2021/01/08/erie-area-man-attended-d-c-riot-you-have-think-yourself/6595522002/

*Figure One*

**VOROUS** also posted to Facebook a photo showing himself in front of a statute with the caption "We will take what we want" which the FBI obtained from an online tip by an identified individual.  *See* Figure Two, below.  In the photo, **VOROUS** is depicted wearing the same clothing as in Figure One.  The statute **VOROUS** poses in front of is the statue of John Caldwell Calhoun of South Carolina, which is also located in the Crypt of the Capitol.



*Figure Two*

**VOROUS** also posted messages on Facebook talking about the "coordination" of the attack on the Capitol, as well as the fact that "we took" the Capitol Building, which your affiant obtained from an anonymous online tip to the FBI.  *See* Figure Three, below.



*Figure Three*

VOROUS also posted on Facebook messages and photos of his presence on and in the Capitol on January 6, 2021, which law-enforcement obtained via an anonymous tip to the Metropolitan Police Department. The photos show the violent entry into the Capitol through a broken window, as well as his comment "Yeah we in dis MOFO." *See* Figure Four below.



*Figure Four*

VOROUS also posted on Facebook messages and photos of his presence outside the U.S. Capitol on January 6, 2021 as a crowd of rioters pressed up against the doors of the U.S. Capitol building, which law-enforcement obtained via an anonymous tip to the Metropolitan Police Department. One of the photos shows the crowd up against the doors, as well as his comment "Bout to rush in again diff door." *See* Figure Five, below.



*Figure Five*

On January 29, 2021, **VOROUS** was interviewed by an agent of the FBI at his residence in Venango, Pennsylvania. **VOROUS** admitted to being at the Capitol, and inside the Capitol building on January 6, 2021. **VOROUS** said he did not go to commit violence, but believed it would be like the protests in Wisconsin a few years ago, i.e., peaceful protests. **VOROUS** also

said that he believes someone had an agenda and got people to do things they had no intention of doing otherwise trying to make them look like terrorists.  **VOROUS** identified himself in some of the Facebook photos presented by the agents, and specifically identified himself as the subject in the photo with the Lincoln bust (Figure One, above).

**VOROUS** further stated that he was outside the Capitol building when police started shooting mace into the crowds.  **VOROUS** stated that while within the mass of people outside the Capitol building, he said he saw a woman "go down" and tried rescuing her before she got trampled or arrested.

**VOROUS** said that, at some point, he was inside a big crowd, but still outside the building.  **VOROUS** admitted to yelling to those in front of him to push forward towards the Capitol building.  **VOROUS** said that people behind him were pushing into him causing him to get stuck in the middle and that he was fearful of getting hurt.

**VOROUS** said that, among other pictures within the group of pictures **VOROUS** said he posted and/or took photographs of, is a large door that appears to be propped open.  **VOROUS** claimed that people appear to be walking in and out of the door.  **VOROUS** also mentioned there is a video of him at the Capitol building.  **VOROUS** said he was outside the U.S. Capitol building standing around with his back to a large main door, and that, at some point he said he turned around and saw people walking in the door from outside the building near where he was at.  **VOROUS** said he thought someone from inside opened the door as the door was held (propped) open.  **VOROUS** said he walked in with other people and saw that police officers were standing around. He said they made no attempts to tell people to leave nor did they say anything about the people being in an area where they were not allowed.  According to **VOROUS**, the people inside this area were not violent and were not destroying or taking anything. **VOROUS** said he had no idea that other people were inside causing destruction.  **VOROUS** said he was not privy to that information until later. **VOROUS** said he believed the large door was opened by the police, due to the fact the door was propped open for people to come and go as they please.  **VOROUS** said he knows about trespassing laws and would never have entered if he believed he was trespassing.

At some point, **VOROUS** said he asked a police officer if he could take a selfie. Instead, **VOROUS** said that the police officer took **VOROUS'** cell phone and allowed **VOROUS** to go up to a statue.  **VOROUS** said that the police officer then used **VOROUS'** cell phone to take a picture of **VOROUS**.  **VOROUS** said that the police officer was nice and never said anything to him about not being able to be there or that he was trespassing.  **VOROUS** said he asked a different police officer if he could walk over to a pool and wash his eyes out.  **VOROUS** said the officer told him he could do so.  **VOROUS** said that while **VOROUS** was cleaning his eyes out at the pool, two different female officers walked up to him and asked if he required medical assistance.  **VOROUS** said that they advised there is an ambulance outside that he could utilize if he was having problems with his eyes. **VOROUS** said he noticed more police officers coming in who were dressed differently than those inside.  **VOROUS** said that he walked up to another officer and asked where he could leave from.  **VOROUS** said that the officer looked around and wondered the same, before walking over to someone who looked like they were in charge.  **VOROUS** said that this officer had stripes on his arm.  **VOROUS** said that they spoke for a few seconds before that original officer came back and said if you want to leave, grab as many people

as you can and leave out that door now, pointing to a different door than the one **VOROUS** had originally entered through. **VOROUS** said that, knowing he needed to leave, yelled to others that they also needed to depart the building. **VOROUS** said that he and some others then walked out the building.  Law enforcement, during reviews of videos, has been unable to corroborate **VOROUS's** statements about police officers taking photos.

**VOROUS** said that he had seen some of the damage while he was there, and then later heard the extent of what happened inside the building.  **VOROUS** said that he was not one of the persons that destroyed anything nor did he ask anyone to do it.  According to **VOROUS**, he went back to the Capitol building area the next day and walked up to Capitol police officer to self-report.  **VOROUS** said that he told them he was inside the building and had lost his cell phone.  **VOROUS** said that he was not trying to hide anything, but was letting them know so if he did anything wrong they would know who he was and where to find him.  **VOROUS** said that the Capitol Police wrote down his information and let him depart.

The interviewing FBI agent reviewed **VOROUS'** driver's license photograph, social media posted photographs, and photographs identified by **VOROUS**.  Based upon a review and comparison of **VOROUS'** driver's license photograph to the Facebook posts, the interviewing FBI agent can say that both have common characteristics, but cannot say they are an exact match due to the changes from the driver's license photograph.  The interviewing FBI agent can say that the Facebook photographs appear to be that of the person he interviewed, known to the agent as **JEREMY J. VOROUS**.

Your affiant obtained video footage of **VOROUS** at the Capitol building which the FBI obtained from an online tip by an identified individual.  **VOROUS** is seen exiting the Capitol. **VOROUS** says words to the effect of "we've been in there.  Ain't nothing going on."  A screen shot from that video is depicted in Figure Six, below.



*Figure Six*

You affiant also reviewed Body Worn Camera footage and observed **VOROUS** in two apparent confrontations with U.S. Capitol Police on January 6, 2021 outside of the U.S. Capitol Building.



*Figure Seven*

Both confrontations occurred prior to **VOROUS'** entry into the US Capitol building.  In one confrontation, your affiant observed **VOROUS** appear to be yelling at law enforcement officers holding a barricade on US Capitol grounds resulting in **VOROUS** apparently being pepper sprayed by law enforcement.



*Figure Eight*

Several minutes later, **VOROUS** engaged in a verbal altercation with law enforcement lasting several minutes. **VOROUS** was apparently angry with law enforcement officers after being pepper sprayed and claimed he would go after them "blind."  Your affiant can hear **VOROUS** call officers "cowards" and yell obscenities on the video.  **VOROUS** also said words to the effect that law enforcement were "preventing me [**VOROUS**] from getting into my house." At one point **VOROUS** took out his cell phone and appears to record a video standing in front of law enforcement and yell words to the effect "when I can fucking see again, I am ready to go at these pussies again."

Your affiant also uncovered additional publicly available video footage showing **VOROUS** on the grounds of the U.S. Capitol.  A YouTube video titled "Storming the Capitol –

Street interviews" shows **VOROUS** shouting words to the effect of "God dammit, when you all gonna get mad about something? When you all gonna fight?"[2]



*Figure Nine*

In a separate YouTube video titled "LIVE: Tensions rise in DC after Trump supporters storm into US Capitol" **VOROUS** can be heard saying that he has been maced three times and pepperballed.[3]



*Figure Ten*

---

[2]  https://www.youtube.com/watch?v=sLa98fB0Elw.

[3] https://www.youtube.com/watch?v=tyucp7rZSc4ip&feature=youtu.be

At another point, **VOROUS** can be seen and heard yelling words to the effect of "I'll take this joint off."



*Figure Eleven*

Your affiant also received the recording from the FBI's National Threat Operations Center (NTOC) of the call **VOROUS** made to FBI on 01/10/2021 at 4:16am EST. In that recording, **VOROUS** called to report that he was in the U.S. Capitol building on January 6, 2021. He said he was in the building and went to the Capitol Police the next day to report himself. **VOROUS** said that he absolutely did not participate in the rioting or take anything.

Your affiant was able to review footage from the Capitol that shows **VOROUS** in the Crypt area of the U.S. Capitol building. The footage shows VOROUS walking around inside the Capitol.

In addition, your affiant was able to review footage of **VOROUS** entering the U.S. Capitol building. Your affiant has learned from separate sources that at the time of his entry, loud audible alarms were going off in the area and the windows adjacent to point of entry were broken out.



*Figure Twelve*

10

Your affiant also viewed a publicly available video titled "'Stop the Steal' Rally Turns Violent as Protesters Storm Capitol Building, Shut Down Congress." [4]  In that video, **VOROUS** can be seen and heard yelling "I will be here until we drag these motherfuckers out."



*Figure Thirteen*

Based on the foregoing, your affiant submits that there is probable cause to believe that **JEREMY J. VOROUS** violated 18 U.S.C. §§ 1752(a)(1) and (2), which make it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions or attempts or conspires to do so. For purposes of Section 1752, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant also submits there is also probable cause to believe that **JEREMY J. VOROUS** violated 40 U.S.C. §§ 5104(e)(2)(D) and (G), which make it a crime to willfully and knowingly (D) engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress, and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Finally, your affiant submits there is also probable cause to believe that **JEREMY J. VOROUS** violated 18 U.S.C. § 1512(c)(2), which make it a crime to corruptly (2) otherwise obstruct, influence, or impede any official proceeding, or attempts to do so.

---

[4] https://coffeeordie.com/protestors-storm-capitol-building/

_____

PETER W. WALL
SPECIAL AGENT, FBI


Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 17th day of March 2021.

2021.03.17
21:11:32 -04'00'

_____

ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE