AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| JEREMY J. VOROUS | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ _____ Jeremy J. Vorous _____ ,

who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment      ❒ Superseding Indictment      ❒ Information      ❒ Superseding Information      ☒ Complaint

❒ Probation Violation Petition      ❒ Supervised Release Violation Petition      ❒ Violation Notice      ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1) and (2)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. § 1512(c)(2) - Obstruction of any Official Proceeding.

Date:   _____03/17/2021_____

2021.03.17 21:14:13 -04'00'

_Issuing officer's signature_

City and state:   _____Washington, D.C._____

Robin M. Meriweather, U.S. Magistrate Judge

_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _03/22/2021_ , and the person was arrested on _(date)_ _03/26/2021_ at _(city and state)_ _Venango, PA_ . |
| Date: _03/30/2021_ |

_Arresting officer's signature_

B White , FBI SA
_Printed name and title_

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JEREMY J. VOROUS | ) | Case No. |
| DOB: XX/XX/XXXX | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the

_____ in the District of ___Columbia___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|

18 U.S.C. §§ 1752(a)(1) and (2)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds,
18 U.S.C. § 1512(c)(2) - Obstruction of any Official Proceeding.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Peter W. Wall, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

2021.03.17
21:13:53 -04'00'

Date: _____03/17/2021_____

_____
*Judge's signature*

City and state: _____Washington, D.C._____

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

STATEMENT OF FACTS

On January 6, 2021, your affiant, Peter W. Wall, was on duty and performing my official duties as a Special Agent with the Federal Bureau of Investigation ("FBI"). Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

Unless otherwise stated, the information in this Affidavit is either personally known to me, has been provided to me by other individuals, or is based on a review of various documents, records, and reports.  Because this Affidavit is submitted for the limited purpose of establishing probable cause to support an application for an arrest warrant, it does not contain every fact known by me or the United States.  The dates listed in this Affidavit should be read as "on or about" dates.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice

President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there. **JEREMY J. VOROUS** (hereinafter "**VOROUS**") of Venango, Pennsylvania, traveled to the District of Columbia to participate in a rally and protest at the U.S. Capitol.

**VOROUS** gained entry inside the U.S. Capitol on January 6, 2021. The FBI received two tips which included screenshots of **VOROUS'** Facebook page where **VOROUS** wrote "Yeah we in dis mofo," and "Bout to rush in again diff door." **VOROUS'** Facebook page also included photos taken of the riot, including inside the Capitol. The screenshots contained two photos which appeared to depict **VOROUS** inside the U.S. Capitol. **VOROUS** was also interviewed by the Erie Times-News after photos on social media appeared to show him inside the U.S. Capitol.[1] The article reported that "Jeremy Vorous, of Meadville, was in that crowd." The article further reported that "Photos on social media appeared to show him inside the U.S. Capitol." When contacted by the outlet, the article reported that "Vorous said Thursday by phone that he wasn't sure if he had anything to say." According to the article, **VOROUS** also said "I'm also under investigation by the FBI," he said, joking that he might leave the country. "Peru is nice."

**VOROUS** posted to Facebook, which your affiant acquired from an anonymous online tip to the FBI, a photo showing himself in the Capitol Crypt in front of the bust of Abraham Lincoln saying "does that look staged to you I promise the beanbags were real the mase is still burning on me aft a shower and 6hrs, the gas was real the flash grenades were also real the dead girl was 10ft from me". *See* Figure One, below. In the photo, **VOROUS** is depicted wearing a dark long-sleeved shirt with "NOT TODAY LIBERAL" in white letters on the front and holding a red, white, and blue cowboy-style hat.



---

[1] https://www.goerie.com/story/news/politics/2021/01/08/erie-area-man-attended-d-c-riot-you-have-think-yourself/6595522002/

*Figure One*

**VOROUS** also posted to Facebook a photo showing himself in front of a statute with the caption "We will take what we want" which the FBI obtained from an online tip by an identified individual.  *See* Figure Two, below.  In the photo, **VOROUS** is depicted wearing the same clothing as in Figure One.  The statute **VOROUS** poses in front of is the statue of John Caldwell Calhoun of South Carolina, which is also located in the Crypt of the Capitol.



Jeremy Vorous
We will take what we want.



15h   Like   Reply

*Figure Two*

**VOROUS** also posted messages on Facebook talking about the "coordination" of the attack on the Capitol, as well as the fact that "we took" the Capitol Building, which your affiant obtained from an anonymous online tip to the FBI.  *See* Figure Three, below.

3



*Figure Three*

**VOROUS** also posted on Facebook messages and photos of his presence on and in the Capitol on January 6, 2021, which law-enforcement obtained via an anonymous tip to the Metropolitan Police Department.  The photos show the violent entry into the Capitol through a broken window, as well as his comment "Yeah we in dis MOFO."  *See* Figure Four below.



*Figure Four*

4

**VOROUS** also posted on Facebook messages and photos of his presence outside the U.S. Capitol on January 6, 2021 as a crowd of rioters pressed up against the doors of the U.S. Capitol building, which law-enforcement obtained via an anonymous tip to the Metropolitan Police Department.  One of the photos shows the crowd up against the doors, as well as his comment "Bout to rush in again diff door."  *See* Figure Five, below.



*Figure Five*

On January 29, 2021, **VOROUS** was interviewed by an agent of the FBI at his residence in Venango, Pennsylvania.  **VOROUS** admitted to being at the Capitol, and inside the Capitol building on January 6, 2021.  **VOROUS** said he did not go to commit violence, but believed it would be like the protests in Wisconsin a few years ago, i.e., peaceful protests.  **VOROUS** also

said that he believes someone had an agenda and got people to do things they had no intention of doing otherwise trying to make them look like terrorists. **VOROUS** identified himself in some of the Facebook photos presented by the agents, and specifically identified himself as the subject in the photo with the Lincoln bust (Figure One, above).

**VOROUS** further stated that he was outside the Capitol building when police started shooting mace into the crowds. **VOROUS** stated that while within the mass of people outside the Capitol building, he said he saw a woman "go down" and tried rescuing her before she got trampled or arrested.

**VOROUS** said that, at some point, he was inside a big crowd, but still outside the building. **VOROUS** admitted to yelling to those in front of him to push forward towards the Capitol building. **VOROUS** said that people behind him were pushing into him causing him to get stuck in the middle and that he was fearful of getting hurt.

**VOROUS** said that, among other pictures within the group of pictures **VOROUS** said he posted and/or took photographs of, is a large door that appears to be propped open. **VOROUS** claimed that people appear to be walking in and out of the door. **VOROUS** also mentioned there is a video of him at the Capitol building. **VOROUS** said he was outside the U.S. Capitol building standing around with his back to a large main door, and that, at some point he said he turned around and saw people walking in the door from outside the building near where he was at. **VOROUS** said he thought someone from inside opened the door as the door was held (propped) open. **VOROUS** said he walked in with other people and saw that police officers were standing around. He said they made no attempts to tell people to leave nor did they say anything about the people being in an area where they were not allowed. According to **VOROUS**, the people inside this area were not violent and were not destroying or taking anything. **VOROUS** said he had no idea that other people were inside causing destruction. **VOROUS** said he was not privy to that information until later. **VOROUS** said he believed the large door was opened by the police, due to the fact the door was propped open for people to come and go as they please. **VOROUS** said he knows about trespassing laws and would never have entered if he believed he was trespassing.

At some point, **VOROUS** said he asked a police officer if he could take a selfie. Instead, **VOROUS** said that the police officer took **VOROUS'** cell phone and allowed **VOROUS** to go up to a statue. **VOROUS** said that the police officer then used **VOROUS'** cell phone to take a picture of **VOROUS**. **VOROUS** said that the police officer was nice and never said anything to him about not being able to be there or that he was trespassing. **VOROUS** said he asked a different police officer if he could walk over to a pool and wash his eyes out. **VOROUS** said the officer told him he could do so. **VOROUS** said that while **VOROUS** was cleaning his eyes out at the pool, two different female officers walked up to him and asked if he required medical assistance. **VOROUS** said that they advised there is an ambulance outside that he could utilize if he was having problems with his eyes. **VOROUS** said he noticed more police officers coming in who were dressed differently than those inside. **VOROUS** said that he walked up to another officer and asked where he could leave from. **VOROUS** said that the officer looked around and wondered the same, before walking over to someone who looked like they were in charge. **VOROUS** said that this officer had stripes on his arm. **VOROUS** said that they spoke for a few seconds before that original officer came back and said if you want to leave, grab as many people

as you can and leave out that door now, pointing to a different door than the one **VOROUS** had originally entered through. **VOROUS** said that, knowing he needed to leave, yelled to others that they also needed to depart the building. **VOROUS** said that he and some others then walked out the building.  Law enforcement, during reviews of videos, has been unable to corroborate **VOROUS's** statements about police officers taking photos.

**VOROUS** said that he had seen some of the damage while he was there, and then later heard the extent of what happened inside the building.  **VOROUS** said that he was not one of the persons that destroyed anything nor did he ask anyone to do it.  According to **VOROUS**, he went back to the Capitol building area the next day and walked up to Capitol police officer to self-report.  **VOROUS** said that he told them he was inside the building and had lost his cell phone. **VOROUS** said that he was not trying to hide anything, but was letting them know so if he did anything wrong they would know who he was and where to find him.  **VOROUS** said that the Capitol Police wrote down his information and let him depart.

The interviewing FBI agent reviewed **VOROUS'** driver's license photograph, social media posted photographs, and photographs identified by **VOROUS**.  Based upon a review and comparison of **VOROUS'**  driver's license photograph to the Facebook posts, the interviewing FBI agent can say that both have common characteristics, but cannot say they are an exact match due to the changes from the driver's license photograph.  The interviewing FBI agent can say that the Facebook photographs appear to be that of the person he interviewed, known to the agent as **JEREMY J. VOROUS**.

Your affiant obtained video footage of **VOROUS** at the Capitol building which the FBI obtained from an online tip by an identified individual.  **VOROUS** is seen exiting the Capitol. **VOROUS** says words to the effect of "we've been in there.  Ain't nothing going on."  A screen shot from that video is depicted in Figure Six, below.



*Figure Six*

You affiant also reviewed Body Worn Camera footage and observed **VOROUS** in two apparent confrontations with U.S. Capitol Police on January 6, 2021 outside of the U.S. Capitol Building.



*Figure Seven*

Both confrontations occurred prior to **VOROUS'** entry into the US Capitol building.  In one confrontation, your affiant observed **VOROUS** appear to be yelling at law enforcement officers holding a barricade on US Capitol grounds resulting in **VOROUS** apparently being pepper sprayed by law enforcement.



*Figure Eight*

Several minutes later, **VOROUS** engaged in a verbal altercation with law enforcement lasting several minutes. **VOROUS** was apparently angry with law enforcement officers after being pepper sprayed and claimed he would go after them "blind."  Your affiant can hear **VOROUS** call officers "cowards" and yell obscenities on the video.  **VOROUS** also said words to the effect that law enforcement were "preventing me [**VOROUS**] from getting into my house." At one point **VOROUS** took out his cell phone and appears to record a video standing in front of law enforcement and yell words to the effect "when I can fucking see again, I am ready to go at these pussies again."

Your affiant also uncovered additional publicly available video footage showing **VOROUS** on the grounds of the U.S. Capitol.  A YouTube video titled "Storming the Capitol –

Street interviews" shows **VOROUS** shouting words to the effect of "God dammit, when you all gonna get mad about something? When you all gonna fight?"[2]



*Figure Nine*

In a separate YouTube video titled "LIVE: Tensions rise in DC after Trump supporters storm into US Capitol" **VOROUS** can be heard saying that he has been maced three times and pepperballed.[3]



*Figure Ten*

---

[2] https://www.youtube.com/watch?v=sLa98fB0Elw.

[3] https://www.youtube.com/watch?v=tyucp7rZSc4ip&feature=youtu.be

At another point, **VOROUS** can be seen and heard yelling words to the effect of "I'll take this joint off."



*Figure Eleven*

Your affiant also received the recording from the FBI's National Threat Operations Center (NTOC) of the call **VOROUS** made to FBI on 01/10/2021 at 4:16am EST.  In that recording, **VOROUS** called to report that he was in the U.S. Capitol building on January 6, 2021.  He said he was in the building and went to the Capitol Police the next day to report himself.  **VOROUS** said that he absolutely did not participate in the rioting or take anything.

Your affiant was able to review footage from the Capitol that shows **VOROUS** in the Crypt area of the U.S. Capitol building.  The footage shows VOROUS walking around inside the Capitol.

In addition, your affiant was able to review footage of **VOROUS** entering the U.S. Capitol building.  Your affiant has learned from separate sources that at the time of his entry, loud audible alarms were going off in the area and the windows adjacent to point of entry were broken out.



*Figure Twelve*

Your affiant also viewed a publicly available video titled "'Stop the Steal' Rally Turns Violent as Protesters Storm Capitol Building, Shut Down Congress."⁴  In that video, **VOROUS** can be seen and heard yelling "I will be here until we drag these motherfuckers out."



*Figure Thirteen*

Based on the foregoing, your affiant submits that there is probable cause to believe that **JEREMY J. VOROUS** violated 18 U.S.C. §§ 1752(a)(1) and (2), which make it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions or attempts or conspires to do so. For purposes of Section 1752, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant also submits there is also probable cause to believe that **JEREMY J. VOROUS** violated 40 U.S.C. §§ 5104(e)(2)(D) and (G), which make it a crime to willfully and knowingly (D) engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress, and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Finally, your affiant submits there is also probable cause to believe that **JEREMY J. VOROUS** violated 18 U.S.C. § 1512(c)(2), which make it a crime to corruptly (2) otherwise obstruct, influence, or impede any official proceeding, or attempts to do so.

---

⁴ https://coffeeordie.com/protestors-storm-capitol-building/

_____
PETER W. WALL
SPECIAL AGENT, FBI


Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone, this 17th day of March 2021.

2021.03.17
21:11:32 -04'00'
_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

**RECORD OF MAGISTRATE'S PROCEEDINGS**

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET #    1:21-mj-31 |
| vs | DATE OF COMPLAINT |
| JEREMY J. VOROUS | CRIMINAL DOCKET NUMBER |
| | DATE OF INDICTMENT |
| | STATUTE:    18:1752(a)(1) and (2), 40:5104(e)(2)(D) and (G) and 18:1512(c)(2) |

DATE ARRESTED:    3/26/2021

### INITIAL APPEARANCE

| | | | | |
|---|---|---|---|---|
| Before | [ ] LENIHAN | [ ] EDDY | Date: 3/26/2021 | Casette Tape # |
| Magistrate | [ ] MITCHELL | [X] LANZILLO | Time: 11:51 am – 12:03 pm | Tape Index: |
| | [ ] KELLY | [ ] PESTO | | |

U. S. ATTORNEY    Christian A. Trabold, AUSA

1. RIGHTS EXPLAINED

2. COMPLAINT/INDICTMENT/INFORMATION:

[ ] Read    [x] Summarized    [x] Reading waived

[ ] Defendant provided with a copy of the charges

[ ] Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES

[ ] Read    [x] Summarized    [x] Reading waived

4. COUNSEL    [x] Defendant requested appointment    [ ] Defendant waived appointment

[ ] Defendant represented by: _____

[ ] Defendant expects to retain: _____

[ ] Affidavit executed.  (to be executed)

[ ] Not Qualified    [ ] Qualified    [ ] with possible requirement for partial or full payment

[ ] Federal Public Defender appointed

[x] CJA Panel Attorney    Komron Maknoon    appointed

5. BAIL    Recommended Bond: _____

Bond Set at: _____

[x] By Consent    [ ] Additional Conditions Imposed:

[ ] By Magistrate _____

[ ] Bond Posted _____

[ ] Temporary Commitment issued    [ ] Final Commitment issued

Bond Review Hearing Set For: _____

Detention Hearing Set For: _____

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT

Preliminary Exam/Identity Hrg  set for:    4/1/21 at 2 pm    Before Magistrate    Richard A. Lanzillo

ADDITIONAL COMMENTS:    Held by video conference with full consent. ***A hearing regarding possible modifications of conditions

of release will be conducted at the date and time set for the Identity/Preliminary Hearings

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
          Plaintiff,          )
                               )
                               )
          vs.          )          Criminal No.  1:21-mj-31
                               )
JEREMY J. VOROUS          )
          Defendant.          )

## ORDER APPOINTING COUNSEL

AND NOW, this  day of, 2020, the Court, upon a showing that the defendant is financially unable to employ counsel and does not wish to waive his/her right to the appointment of counsel, Attorney Komron John Maknoon is appointed as CJA counsel for defendant pursuant to the provisions of the Criminal Justice Act, 18 U.S.C.  §3006A.

This appointment is effective March 26, 2021.

_____
RICHARD A. LANZILLO
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|                              |   |                        |
|------------------------------|---|------------------------|
| UNITED STATES OF AMERICA     | ) |                        |
|                              | ) |                        |
| Plaintiff,                   | ) | Case No. 1:21-mj-31    |
|                              | ) |                        |
| vs.                          | ) |                        |
|                              | ) |                        |
| JEREMY VOROUS                | ) |                        |
|                              | ) |                        |
| Defendant.                   | ) |                        |

## **ORDER**

The United States is obligated, pursuant to Brady v. Maryland, 373 U.S. 83 (1963), Giglio v. United States, 405 U.S. 150 (1972), and subsequent cases, to timely disclose information favorable to the defense as to criminal liability on the charged offense(s) or mitigation of any punishment that may be imposed. Such favorable information includes information that may cast doubt on the credibility of government witnesses. Possible consequences for violating this order include exclusion of evidence, dismissal of charges, contempt proceedings, disciplinary referral, and any other relief authorized by law.

Dated: 3/26/21

BY THE COURT:

United States Magistrate Judge

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
### for the
Western District of Pennsylvania

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  1:21-mj-31 |
| JEREMY J. VOROUS | ) |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Jeremy J. Vorous _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( ✗ )    to appear for court proceedings;

    ( ✗ )    if convicted, to surrender to serve a sentence that the court may impose; or

    ( ✗ )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1)  This is a personal recognizance bond.

( ✗ ) (2)  This is an unsecured bond of $  10,000.00 _____ .

(   ) (3)  This is a secured bond of $ _____ , secured by:

    (   )  (a) $ _____ , in cash deposited with the court.

    (   )  (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   )  (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:   03/26/2021

                                       *Defendant's signature*

| | |
|---|---|
| *Surety/property owner – printed name* | *Surety/property owner – signature and date* |
| *Surety/property owner – printed name* | *Surety/property owner – signature and date* |
| *Surety/property owner – printed name* | *Surety/property owner – signature and date* |

*CLERK OF COURT*

Date:   03/26/2021                          s/Debra L. Mayo

                                                      *Signature of Clerk or Deputy Clerk*

Approved.

Date:   03/26/2021

                                                      *Judge's signature*

AO 199A (Rev. 06/19)  Order Setting Conditions of Release

Page 1 of ___4___ Pages

# UNITED STATES DISTRICT COURT
### for the
Western District of Pennsylvania

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  1:21-mj-31 |
| Jeremy J. Vorous | ) |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
                                                                                          *Place*

on  _____
                                                                *Date and Time*

If blank, defendant will be notified of next appearance.

(5)  The defendant must sign an Appearance Bond, if ordered.

AO 199B  (Rev. 10/20) Additional Conditions of Release                                                                Page _2_ of _4_ Pages

# ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____  Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____     _____
                                                    *Custodian*                                   *Date*

( ☒ )  (7)  The defendant must:
( ☒ )  (a)  submit to supervision by and report for supervision to the   Pretrial Services                      ,
telephone number _____ , no later than _____ .
( ☐ )  (b)  continue or actively seek employment.
( ☐ )  (c)  continue or start an education program.
( ☐ )  (d)  surrender any passport to: _____
( ☐ )  (e)  not obtain a passport or other international travel document.
( ☒ )  (f)  abide by the following restrictions on personal association, residence, or travel: Travel is restricted to the Western District of Pennsylvania
except as necessary for travel to the District of Columbia for court appearances related to case number 1:21-mj-321 in that District
( ☐ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
including: _____

( ☐ )  (h)  get medical or psychiatric treatment: _____

( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
or the following purposes: _____

( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
necessary.
( ☒ )  (k)  not possess a firearm, destructive device, or other weapon.
( ☐ )  (l)  not use alcohol ( ☐ ) at all ( ☐ ) excessively.
( ☒ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
medical practitioner.
( ☐ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with
random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of
prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy
of prohibited substance screening or testing.
( ☐ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
supervising officer.
( ☐ )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
( ☐ )  (i)   Curfew. You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as
directed by the pretrial services office or supervising officer; or
( ☐ )  (ii)  Home Detention. You are restricted to your residence at all times except for employment; education; religious services;
medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other
activities approved in advance by the pretrial services office or supervising officer; or
( ☐ )  (iii) Home Incarceration. You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
court appearances or other activities specifically approved by the court; or
( ☐ )  (iv) Stand Alone Monitoring. You have no residential curfew, home detention, or home incarceration restrictions. However,
you must comply with the location or travel restrictions as imposed by the court.
Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.
( ☒ )  (q)  submit to the following location monitoring technology and comply with its requirements as directed:

## ADDITIONAL CONDITIONS OF RELEASE

        ( ☒ ) (i)    Location monitoring technology as directed by the pretrial services or supervising officer; or

        ( ☐ ) (ii)   Voice Recognition; or

        ( ☐ ) (iii)  Radio Frequency; or

        ( ☐ ) (iv)  GPS.

( ☐ )  (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☒ )  (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ )  (t)  _____

AO 199C  (Rev. 09/08)  Advice of Penalties                                                    Page __4__ of __4__ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

*Jeremy J. Vorous by RAL*
_____
*Defendant's Signature*

Erie, Pennsylvania
_____
*City and State*

## Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.

(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____3/26/2021_____          _____
                                              *Judicial Officer's Signature*

Richard A. Lanzillo, Unied States Magistrate Judge
_____
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA )
)
v. )   CRIM. NO. 1:21-mj-31
)
JEREMY J. VOROUS )
)

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Administrative Order 20-mc-466, this Court finds:

**X**

That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after

consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

**X**

Video Teleconferencing

_____ Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

_____ The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

_____ Other:

_____

_____

Date: 3/26/21

_____
United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JEREMY J. VOROUS<br><br>_____<br>*Defendant* | )<br>)  Case No.<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Jeremy J. Vorous _____ ,

who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment     ❐ Superseding Indictment     ❐ Information     ❐ Superseding Information     ☒ Complaint
❐ Probation Violation Petition     ❐ Supervised Release Violation Petition     ❐ Violation Notice     ❐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1) and (2)- Knowingly Entering or Remaining in any Restricted Building or
Grounds Without Lawful Authority;
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. § 1512(c)(2) - Obstruction of any Official Proceeding.

Date:    03/17/2021                            2021.03.17
                                               21:14:13 -04'00'
                                       _____
                                       *Issuing officer's signature*

City and state:      Washington, D.C.      Robin M. Meriweather, U.S. Magistrate Judge
                                               *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 03/22/2021 , and the person was arrested on *(date)* 03/26/2021 <br> at *(city and state)* Venango, PA .<br><br>Date: 03/30/2021                 _____<br>                                     *Arresting officer's signature*<br><br>                              B White , FBI SA<br>                                     *Printed name and title* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 3:21-MJ-28 |
| | ) | |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| | ) | |
| JEREMY VOROUS, | ) | The Honorable Richard A. Lanzillo |
| | ) | |
| Defendant. | ) | |

## <u>MOTION TO CONTINUE PRELIMINARY EXAMINATION AND IDENTITY HEARING</u>

AND NOW, to-wit, comes the Defendant, Jeremy Vorous (hereinafter "Mr. Vorous"), by and through his attorney, Komron Jon Maknoon, Esq., and respectfully files the within Motion to Continue Preliminary Examination and Identity Hearing and, in support thereof, avers as follows:

1.      On March 26, 2021, a complaint was filed alleging that Mr. Vorous violated 18 U.S.C. §§ 1752(a)(1) and (2), 1512(c)(2) along with 40 U.S.C §§ 5104(e)(2)(D) and (G). (*See* Doc. No. 1).

2.      On that same day, undersigned counsel received a CJA appointment for the above-captioned case (*See* Doc. No. 4).

3.      Currently scheduled and due are:

   a.   Preliminary Examination and Identity Hearing- April 1, 2021 at 2:00 p.m.

4.      Additional time is needed for undersigned counsel to further discuss legal issues with his client to determine if undersigned counsel will proceed or waive.

5.      On March 31, 2021, undersigned counsel spoke with Assistant United States Attorney Christian A. Trabold. via email who consented to the within Motion.

WHEREFORE, Mr. Vorous respectfully requests the within motion be granted and that the Preliminary Examination and Identity Hearing in the matter be continued to fifteen (15) days or a date deemed appropriate by this Honorable Court.

Respectfully submitted,


_s/ Komron Jon Maknoon_
Komron Jon Maknoon, Esquire
PA I.D. NO. 90466

309 Smithfield St., 4th floor
Pittsburgh, PA 15222
(412) 201-1802
(412) 774-8424 (fax)

Attorney for Defendant,
Jeremy Vorous

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 3:21-MJ-28 |
| | ) | |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| | ) | |
| JEREMY VOROUS, | ) | The Honorable Richard A. Lanzillo |
| | ) | |
| Defendant. | ) | |

## <u>ORDER OF COURT</u>

AND NOW, this ___ day of ___ 2021, upon consideration of the within Motion to Continue Preliminary Examination and Identity Hearing, it is hereby ORDERED, ADJUDGED, and DECREED that Defendant's motion is GRANTED.

IT IS FURTHER ORDERED that the extension of time caused by this continuance (April 1, 2021 through April 16, 2021) be deemed excludable under the Speedy Trial Act 18 U.S.C. § 3161 <u>et</u> <u>seq</u>. Specifically, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C. § 3161(h)(7)(a), since, for the reasons stated in defendant's motion, the failure to grant such a continuance would deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS FURTHER ORDERED that any pretrial motions referred are due on or

before _____, 2021.


**BY THE COURT:**


_____

Richard A. Lanzillo
United States Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 1:21-MJ-31 |
| | ) | |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| | ) | |
| JEREMY VOROUS, | ) | The Honorable Richard A. Lanzillo |
| | ) | |
| Defendant. | ) | |

**<u>ORDER OF COURT</u>**

AND NOW, this 31st day of Mar. 2021, upon consideration of the within Motion to Continue Preliminary Examination and Identity Hearing, it is hereby ORDERED, ADJUDGED, and DECREED that Defendant's motion is GRANTED.

IT IS FURTHER ORDERED that the extension of time caused by this continuance (April 1, 2021 through April 19, 2021) be deemed excludable under the Speedy Trial Act 18 U.S.C. § 3161 et seq. Specifically, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C. § 3161(h)(7)(a), since, for the reasons stated in defendant's motion, the failure to grant such a continuance would deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS FURTHER ORDERED that the preliminary and identity hearings will
be held on Monday, April 19, 2021 at 1:30 p.m. by Zoom video conferencing.


**BY THE COURT:**

_____

Richard A. Lanzillo
United States Magistrate Judge



# Memorandum
## U.S. Probation & Pretrial Services Office
## Western District of Pennsylvania

From the desk of...

Mara Williams
U.S. Probation & Pretrial Services Office
Western District of Pennsylvania
17 South Park Row
Room A-110
Erie, PA 16501

Phone: 814-464-9650
Fax: 814-464-9657
Email: mara_williams@pawp.uscourts.gov

To:    Honorable Richard A. Lanzillo
       United States Magistrate Judge

cc:    AUSA Christian Trabold
       Attorney Kamron Maknoon

Re:    VOROUS, Jeremy
       Criminal No. 1:21M00031-1

Date:  4/6/2021

On March 26, 2021, Mr. Vorous appeared for his initial appearance before Your Honor, at which time he was released on bond under the following conditions: Travel restrictions to the Western District of PA, travel permitted to the District of Columbia for court appearances, no possession of firearms, destructive devices or other weapons and report law enforcement contact.

On that same date, a bond interview was conducted as the Court directed. During the interview, Mr. Vorous refused to provide information to this officer and was uncooperative at times. During questioning about the possession of any dangerous weapons at his residence, the defendant conveyed that he did in fact have dangerous weapons, but he refused to disclose any details about the nature of the weapons. When informed by his attorney that per his bond conditions Mr. Vorous was not allowed to possess any dangerous weapons, Mr. Vorous proceeded to get highly agitated

The Honorable Richard A. Lanzillo
United States Magistrate Judge
April 1, 2021
Page -2-

to the point of raising his voice, and he slapped himself in the face and yelled that his "civil liberties" were being taken away from him.

This officer tried to contact Mr. Vorous's mother, Laura Percival, and left messages on her personal cellphone as well as the house phone asking for a return phone call. To date, she has failed to contact this officer.

On April 1, 2021, this officer finally made contact with Mr. Vorous on his mother's house phone. During the conversation, Mr. Vorous refused to complete a virtual home inspection and directed this officer to contact his attorney. This officer has done so, and the issue is still pending as of April 6, 2021.

At this time, Mr. Vorous has been uncooperative to the extent that Pretrial Services believes he is not amenable to supervision. Additionally, we have serious concerns regarding officer and community safety, as well as risk of flight. Therefore, due to the above information this officer is requesting a detention hearing.

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| | ) | No. 1:21-mj-31 |
| v. | ) | |
| | ) | |
| JEREMY J. VOROUS | ) | Richard A. Lanzillo |
| Defendants | ) | United States Magistrate Judge |

<u>**HEARING MEMO/MINUTE ENTRY**</u>

**Hearing Date:  4/12/2021**
**Time:  1:33 pm – 1:50 pm**
**Type of Conference:  Status Conference**
**Reporter:  Janis Ferguson**
**Deputy Clerk/Law Clerk:  Debra L. Mayo**


<u>**Counsel for Plaintiff**</u>

Christian A. Trabold, AUSA

<u>**Counsel for Defendant**</u>

Komron Maknoon, Esq.


<u>**Orders, Remarks, Instructions**</u>

Discussion held regarding compliance with defendant's conditions of release.

BOND

# U.S. District Court
## Western District of Pennsylvania (Erie)
## CRIMINAL DOCKET FOR CASE #: 1:21-mj-00031-RAL All Defendants
## Internal Use Only

Case title: USA v. VOROUS                          Date Filed: 03/26/2021

Assigned to: Magistrate Judge Richard A.
Lanzillo

**Defendant (1)**

**JEREMY J. VOROUS**                  represented by   **Komron J. Maknoon**
Maknoon & Associates
309 Smithfield Street
Fourth Floor
Pittsburgh, PA 15222
(412) 201-1802
Email: kjm@maknoon-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**                                 **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                              **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                     **Disposition**
None

**Plaintiff**

**USA**                               represented by   **Christian A. Trabold**
United States Attorney's Office
17 South Park Row
Room A330

Erie, PA 16501
(814) 452-2906
Email: christian.a.trabold@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Govt Atty*

| Date Filed | # | Select<br>all / clear | Docket Text |
|---|---|---|---|
| 03/26/2021 | | | Attorney update in case as to JEREMY J. VOROUS. Attorney Christian A. Trabold for USA added. (dm) (Entered: 03/26/2021) |
| 03/26/2021 | 1 | ☑ | CRIMINAL COMPLAINT USDC District of Columbia as to JEREMY J. VOROUS (dm) (Entered: 03/26/2021) |
| 03/26/2021 | 2 | ☑ | Statement of Facts by USA as to JEREMY J. VOROUS re 1 Complaint. (dm) (Entered: 03/26/2021) |
| 03/26/2021 | 3 | ☑ | Minute Entry for proceedings held before Magistrate Judge Richard A. Lanzillo: Initial Appearance in Rule 5(c)(3) Proceedings as to JEREMY J. VOROUS held on 3/26/2021. Appearance entered by Komron J. Maknoon for JEREMY J. VOROUS on behalf of defendant. A hearing regarding possible modifications of conditions of release will be conducted at the date and time set for Identity/Preliminary Hearings. (Court Reporter: Janis Ferguson) (dm) (Entered: 03/26/2021) |
| 03/26/2021 | 4 | ☑ | CJA 20 ORDER Appointing Counsel as to JEREMY J. VOROUS: Appointment of Attorney Komron J. Maknoon for JEREMY J. VOROUS. Signed by Magistrate Judge Richard A. Lanzillo on 3/26/2021. (dm) (Entered: 03/26/2021) |
| 03/26/2021 | 5 | ☑ | Order Pursuant to the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020) (amending Fed. R. Crim. Pro. 5) as to JEREMY J. VOROUS. Signed by Magistrate Judge Richard A. Lanzillo on 3/26/2021. (dm) (Entered: 03/26/2021) |
| 03/26/2021 | 6 | ☑ | Unsecured Bond Entered as to JEREMY J. VOROUS in amount of $10,000.00. (dm) (Entered: 03/26/2021) |
| 03/26/2021 | 7 | ☑ | ORDER Setting Conditions of Release as to JEREMY J. VOROUS (1) $10,000 Unsecured Bond. Signed by Magistrate Judge Richard A. Lanzillo on 3/26/2021. (dm) (Entered: 03/26/2021) |
| 03/26/2021 | 8 | ☑ | Order Regarding Use of Video Conferencing/Teleconferencing as to JEREMY J. VOROUS. In accordance with Administrative Order 2:20-mc-466, Defendant consents to proceeding by video conferencing/teleconferencing as more fully stated in said Order. Signed by Magistrate Judge Richard A. Lanzillo on 3/26/2021. (dm) (Entered: 03/26/2021) |
| 03/26/2021 | | | NOTICE OF HEARING as to JEREMY J. VOROUS. Text-only entry. No PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. Preliminary Examination/Identity Hearing set for 4/1/2021 at 02:00 PM by Video |

| | | | |
|---|---|---|---|
| | | | Conference before Magistrate Judge Richard A. Lanzillo. (dm) (Entered: 03/26/2021) |
| 03/26/2021 | 9 | | ORDER re <u>7</u> Order Setting Conditions of Release. Location Monitoring was inadvertently included in the Conditions of Release Order. The Order is amended to remove that condition at this time. Signed by Magistrate Judge Richard A. Lanzillo on 3/26/2021. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (dm) (Entered: 03/26/2021) |
| 03/30/2021 | <u>10</u> | ☑ | Arrest Warrant Returned Executed on 3/26/21 in case as to JEREMY J. VOROUS. (Trabold, Christian) (Entered: 03/30/2021) |
| 03/31/2021 | <u>11</u> | ☑ | First MOTION for Extension of Time *for Preliminary Examination and Identity Hearing* by JEREMY J. VOROUS. (Attachments: # <u>1</u> Proposed Order) (Maknoon, Komron) (Entered: 03/31/2021) |
| 03/31/2021 | <u>12</u> | ☑ | ORDER granting <u>11</u> Motion to Continue Preliminary Hearing and Identity Hearing as to JEREMY J. VOROUS (1). The preliminary and identity hearings will be rescheduled to Monday, April 19, 2021 at 1:30 p.m. Zoom conference connection instructions will be provided by separate email. Signed by Magistrate Judge Richard A. Lanzillo on 3/31/2021. (dm) (Entered: 03/31/2021) |
| 03/31/2021 | | | Preliminary Examination and Identity Hearing set for 4/19/2021 01:30 PM by Video Conference before Magistrate Judge Richard A. Lanzillo. (dm) (Entered: 03/31/2021) |
| 03/31/2021 | 🔒 14 | ☑ | CJA 23 Financial Affidavit by JEREMY J. VOROUS (dm) (Entered: 04/07/2021) |
| 04/06/2021 | 🔒🔒 13 | ☑ | CORRESPONDENCE for Applicable Counsel and Judge as to JEREMY J. VOROUS submitted by the Probation Office. **To view document, click on the document number link in the NEF (Notice of Electronic Filing). You must either already be logged into ECF or log into ECF using the attorney of record's ECF login and password only.** (anwP) (Entered: 04/06/2021) |
| 04/07/2021 | 15 | | ORDER scheduling a Status Conference as to JEREMY J. VOROUS. Status Conference set for 4/12/2021 at 01:30 PM by Video Conference before Magistrate Judge Richard A. Lanzillo. Participants shall join the video conference using the folllowing credentials: https://pawd-uscourts.zoomgov.com/j/1608008980. Signed by Magistrate Judge Richard A. Lanzillo on 4/7/2021. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (dm) (Entered: 04/07/2021) |
| 04/12/2021 | <u>16</u> | ☑ | Minute Entry for proceedings held before Magistrate Judge Richard A. Lanzillo: Status Conference as to JEREMY J. VOROUS held on 4/12/2021. (Court Reporter: Janis Ferguson) (dm) (Entered: 04/12/2021) |
| 04/15/2021 | 17 | | ORDER as to JEREMY J. VOROUS. In light of the filing of the criminal indictment against defendant in the District of Columbia at case number 1:21-cr-00294-RC-1 relative to these charges, the preliminary exam set for April 19, 2021 is hereby canceled. Signed |

| | | | by Magistrate Judge Richard A. Lanzillo on 4/15/2021. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (dm) (Entered: 04/15/2021) |

[View Selected]

or

[Download Selected]