UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| v. | : | Case No. : 21-CR-294 (RC) |
| **JEREMY VOROUS,** | : | |
| **Defendant.** | : | |

## NOTICE OF CHANGE IN COUNSEL
## FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Elizabeth Mullin has assumed responsibility for the defense of Jeremy Vorous in the above-captioned case. Mr. Vorous's case had previously been assigned to Assistant Federal Public Defender Dani Jahn.

Respectfully submitted,

/s/
ELIZABETH MULLIN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500