# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff;** ) | |
| ) | |
| **v.** ) | **Case No. 21-cr-294 (RC)** |
| ) | |
| **JEREMY J. VOROUS,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to Assistant Federal Public Defender

Kathryn D'Adamo Guevara as co-counsel.  Please send copies of all notice and inquiries to

this attorney at the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____

Kathryn D'Adamo Guevara
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500