## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**v.**

**JEREMY J. VOROUS,**

        **Defendant.**

**Crim. Action No.: 21-CR-294**

## <u>MOTION TO WITHDRAW</u>

Undersigned counsel from the Office of the Federal Public Defender moves to withdraw from the above-captioned case. Mr. Vorous and counsel have had a communication breakdown rendering it impossible for counsel to effectively represent Mr. Vorous. Mr. Vorous has requested that that counsel withdraw and that substitution counsel be appointed. Accordingly, counsel moves the Court to grant her motion to withdraw and to appoint Criminal Justice Act counsel to represent Mr. Vorous.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
ELIZABETH MULLIN
KATIE GUEVARA
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500