NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**


UNITED STATES OF AMERICA

vs.                                            Criminal Number   1:21-cr-00294-RC

**JEREMY VOROUS**
_____(Defendant)_____


TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☐ RETAINED          ☒ FEDERAL PUBLIC DEFENDER


_s/Jamie McGrady_
(Signature)


PLEASE PRINT THE FOLLOWING INFORMATION:

Jamie McGrady, AK Bar. 0405022
(Attorney & Bar ID Number)

Federal Public Defender for the District of Alaska
(Firm Name)

188 W Northern Lights., Ste. 700
(Street Address)

Anchorage          Alaska          99503
(City)               (State)           (Zip)

907-646-3400
(Telephone Number)