NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA


      vs.                              Criminal Number


      (Defendant)



TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.


I AM APPEARING IN THIS ACTION AS:    (Please check one)


☐   CJA         ☐   RETAINED      ☐   FEDERAL PUBLIC DEFENDER


*s/Burke Wonnell, Assistant Federal Defender*
*(Signature)*


**PLEASE PRINT THE FOLLOWING INFORMATION:**


*(Attorney & Bar ID Number)*

*(Firm Name)*

*(Street Address)*

*(City)*         *(State)*        *(Zip)*

*(Telephone Number)*