UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.:  21-294 (RC) |
| | : | |
| JEREMY J. VOROUS, | : | |
| | : | |
| Defendant. | : | |

# ORDER

On August 9, 2024, Defendant moved, by and through his counsel, for an examination of his mental competency pursuant to 18 U.S.C. § 4241.  ECF No. 60.  Defense counsel has identified a qualified psychologist to conduct the examination.  Upon review of Defendant's motion and following an ex parte hearing with Defendant and his counsel, it is hereby

**ORDERED** that Defendant Jeremy Vorous shall be evaluated by Dr. Joseph Roberts, a licensed psychologist, for the purpose of a forensic screening of Defendant's competency pursuant to 18 U.S.C. § 4241(b); and it is

**FURTHER ORDERED** that, after such examination, a report shall be made to this Court and the parties, pursuant to 18 U.S.C. § 4247(c), as to:

(1) Whether Defendant is presently mentally competent to understand the proceedings against him and to properly assist in the preparation of his defense; and

(2) If the answer to the preceding question is negative, whether the examining clinical psychologist believes Defendant should be transferred to a mental facility for further examination and treatment; and it is

**FURTHER ORDERED** that such report shall be provided to the parties and filed with this Court under seal on or before **September 26, 2024**; and it is

**FURTHER ORDERED** that the parties shall appear for a hearing on this matter pursuant to 18 U.S.C. § 4247(d) before the Court on **Thursday, October 3, 2024,** at 2:00 p.m., before the undersigned in Courtroom 23A; and it is

**FURTHER ORDERED** that the trial date scheduled for September 24, 2024, as well as remaining deadlines in the Pretrial Order, ECF No. 57, are **VACATED**.

**SO ORDERED**.

Dated:  August 23, 2024                                                                              RUDOLPH CONTRERAS
                                                                                                                         United States District Judge