UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No.: 21-294 (RC) |
| JEREMY J. VOROUS, | : Re Document No.: 59 |
| Defendant. | : |

**ORDER**

**GRANTING DEFENDANT'S MOTION TO DISMISS COUNT THREE**

This matter is before the Court on Defendant's Motion to Dismiss Count Three of the Superseding Indictment, which charges a violation of 18 U.S.C. § 1512(c)(2), in light of the Supreme Court's decision in *Fischer v. United States*, No. 23-5572, 144 S. Ct. 2176 (2024). *See* ECF No. 59. The Government does not oppose the motion, so long as the count is dismissed without prejudice. *See* ECF No. 62. Accordingly, it is hereby

**ORDERED** that Defendant's Motion to Dismiss Count Three (ECF No. 59) is **GRANTED**; and it is

**FURTHER ORDERED** that Count Three of the Superseding Indictment (ECF No. 49) is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

Dated: 9/6/2024

RUDOLPH CONTRERAS
United States District Judge