Burke Wonnell
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: burke_wonnell@fd.org

*Counsel for Defendant Jeremy Vorous*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>JEREMY VOROUS,<br><br>             Defendant. | Case No. 1:21-cr-00294-RC<br><br>**EXPEDITED MOTION TO WITHDRAW MOTION FOR COMPETENCY HEARING AT DOCKET 60** |

COMES NOW Defendant Jeremy Vorous, by and through undersigned counsel, and hereby withdraws his Motion For Competency Hearing at Docket 60. As ordered by the Court at Docket 61, Vorous submitted to a competency evaluation by Dr. Joseph M. Roberts, Ph.D. on September 12, 2024 at the office of the Federal Public Defender in Erie, Pennsylvania. Dr. Roberts authored a 13-page report detailing the evaluation and concluded that Defendant's mental health condition did not render him incompetent to stand trial under the applicable standard. In light of this finding by an independent psychologist, the defense believes it no longer has a good faith basis for contesting Defendant's competence to stand trial, and accordingly withdraws its motion.

Defendant respectfully moves the Court to vacate the existing October 3rd competency hearing and to instead schedule a trial setting conference at which the parties can appear via video teleconference due to the substantial burden on the defense of appearing in person. If the Court wishes to maintain the October 3 date, undersigned counsel respectfully requests that the hearing be moved to the afternoon to accommodate the time zone difference between Alaska and Washington, D.C.

Defendant further moves the Court to strike its order at Docket 61 that the defense file Dr. Roberts' report and provide a copy to the government. The report contains sensitive and prejudicial information related to Defendant's mental health and background which would otherwise be protected under HIPAA. With the withdrawal of Defendant's motion, the report is no longer material to any issue in this case. Undersigned counsel communicated with Assistant United States Attorney Kyle McWaters concerning this order. McWaters objects to striking that order, and believes the government is entitled to review this report. Should the Court have a question concerning the materiality of the report, Defendant moves the Court to at least modify the order to permit the defense to submit the report ex parte for the Court's consideration in order to rule on whether or not it should be provided to the government.

/

/

/

/

/

DATED at Anchorage, Alaska this 25th day of September, 2024.

> Respectfully submitted,
> FEDERAL PUBLIC DEFENDER
> DISTRICT OF ALASKA
>
> */s/ Jamie McGrady*_____
> Jamie McGrady
> Federal Defender
>
> */s/ Burke Wonnell*_____
> Burke Wonnell
> Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on September 25, 2024. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Burke Wonnell*_____